[No. 63234-5-I. Division One. July 6, 2009.]

VONAGE AMERICA, INC., *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-15733-6, John P. Erlick, J., entered July 18, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Agid and Appelwick, JJ. Now published at 152 Wn. App. 12.

[No. 36663-1-II. Division Two. July 7, 2009.]

LANDMARK LLC, *Appellant*, v. THE SAKAI QTIP TRUST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-00950-4, Anna M. Laurie, J., entered July 23, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37344-1-II. Division Two. July 7, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AIBA N. HODROJ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-02036-5, Robert L. Harris, J., entered January 23, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37411-1-II. Division Two. July 7, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN LEVI PARHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01513-4, Lisa R. Worswick, J., entered February 28, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.